UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60220-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTYONE DEVON PHILIPE,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR SENTENCE MODIFICATION

THIS CAUSE came before the Court upon defendant's motion for sentence modification pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. §2D1.1 **[D.E. #54]**. The Court adopts the Report and Recommendation issued by United States Magistrate Judge Barry L. Garber and it is

ORDERED and ADJUDGED that said motion is **GRANTED.** The defendant's original sentence of 204 months is reduced to **120 months.** All other conditions of the sentence will remain the same.

DONE and ORDERED in Miami-Dade County, Florida this _____ day of January, 2012.

                                                         _____
                                                         **FEDERICO A. MORENO**
                                                         **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

All counsel of record
U.S. Marshal
U.S. Probation